**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-1777**

─────────────

EDWARD JUNIOR CLARK,

                              Plaintiff - Appellant,

        versus

QUEEN CITY RECOVERY; CARLYLE BRITT,

                              Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-00-372-3-MU)

─────────────

Submitted: October 18, 2001          Decided: October 25, 2001

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Edward Junior Clark, Appellant Pro Se. Michael David Bland, WEAVER, BENNETT & BLAND, P.A., Matthews, North Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Junior Clark appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Clark v. Queen City Recovery, No. CA-00-372-3-MU (W.D.N.C. May 9 & 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2